**FILED**

Jan 06 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS ALBERTO DIAZ-IRAHETA,<br><br>        Defendant. | Case No. 21-mj-72040-MAG-1  (SK)<br><br>Charging District's Case No.<br>1:21-CR-3 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Eastern District of Virginia. The defendant may need an interpreter for this language: Spanish.

The defendant:      ( ) will retain an attorney.

                          (X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: January 6, 2022

                                                                            _Sallie Kim_
                                                              SALLIE KIM
                                                               United States Magistrate Judge