STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6767
     FAX: (415) 436-7234
     alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-MJ-72040-MAG |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| JESUS ALBERTO DIAZ-IRAHETA, | |
| Defendant. | |

On November 22, 2019 defendant JESUS ALBERTO DIAZ-IRAHETA was charged by Criminal Complaint in the United States District Court for the Eastern District of Virginia with illegal reentry into the United States, in violation of Title 8, United States Code, Section 1326(a).  The defendant was subsequently indicted in the Eastern District of Virginia on the same charge on April 7, 2021.

This matter came before the Court on January 6, 2022, for a detention hearing.  The defendant was present and represented by Assistant Federal Public Defender Candis Mitchell.  Assistant United States Attorney Alexandra Shepard appeared for the government.  The government moved for detention, and the defendant opposed.  At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, the Pretrial Services Report prepared by United States Pretrial Services, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  The Court makes the following findings as the bases for its conclusion:  The defendant has significant foreign ties and minimal ties to the United States.  He is not a citizen of the United States and was previously removed.  The defendant faces a felony conviction and likely deportation from the United States upon conclusion of the criminal proceedings in the Eastern District of Virginia.   Given the consequences of this prosecution, he has incentive to flee rather than appear for proceedings in the Eastern District of Virginia.  During the hearing, government counsel also noted that the defendant failed to report for a court date in North Carolina in 2020.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.      The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.      The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.      On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

1    IT IS SO ORDERED.

2

3  DATED:  January 7, 2022

4                                                                      HONORABLE SALLIE KIM
                                                                       United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28